NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**RICHARD A. WILLIAMSON, on behalf of and as trustee for At Home Bondholders' Liquidating Trust,**
*Plaintiff-Appellant,*

v.

**AT&T OPERATIONS, INC. AND AT&T SERVICES, INC.,**
*Defendants-Appellees.*

———————————

2014-1023

———————————

Appeal from the United States District Court for the Southern District of New York in No. 1:13-cv-00645-LTS-HBP, Judge Laura Taylor Swain.

———————————

**ON MOTION**

———————————

**O R D E R**

Richard A. Williamson moves without opposition to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

2                          WILLIAMSON v. AT&T OPERATIONS, INC.


    (1)  The motion to withdraw is granted.  The appeal is dismissed.

    (2)  Each side shall bear its own costs.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21


ISSUED AS A MANDATE: May 20, 2014